UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 04889
    RANDALL KASS

                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-2999

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/20/07 .

    2.  The case was converted to Chapter 7 without confirmation, 08/15/2007.

    3.  The Debtor paid a total of $   650.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST PLACE BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIRST PLACE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HARLEM FURNITURE | SECURED | .00 | .00 | 229.19 |
| VALUE CITY FURNITURE | SECURED | .00 | .00 | 53.53 |
| ZALES CREDIT PLAN | SECURED | .00 | .00 | 320.88 |
| ALLIANT CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY E PROSKE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEORGE JONES MD | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| OPEN ADVANCED MRI & CT | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA SERVICE CORP | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL RE | SECURED | .00 | .00 | 29.51 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLUS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                  UNSECURED      NOT FILED              .00              .00
PREMIER BANKCARD/CHARTER   UNSECURED      NOT FILED              .00              .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED              .00              .00
JOLIET RADIOLOGY           UNSECURED      NOT FILED              .00              .00
PLANTATION BILLING CTR     UNSECURED      NOT FILED              .00              .00
VERIZON WIRELESS           UNSECURED      NOT FILED              .00              .00
ELMHURST CLINIC            UNSECURED      NOT FILED              .00              .00
```
          Summary of disbursements:
------------------------------------------------------------------------------

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL  |
|-------------------|---------|----------|-----------|-------|--------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00    |
| PRINCIPAL PAID     | 633.11  | .00      | .00       | .00   | 633.11 |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00    |
| TOTAL PAID         | 633.11  | .00      | .00       | .00   | 633.11 |

The Debtor's attorney, KONSTATINE T SPARAGIS         , was allowed $       .00
and was paid $       .00 .

The Trustee received $     16.89 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/16/07                  /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE




                            PAGE  2
           CASE NO. 07 B 04889 RANDALL KASS